**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory Walter HOGLE, Defendant–
Appellant.**

**No. 02–51072.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gregory Walter Hogle, pro se, Navasota, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Court-appointed appellate counsel for defendant Gregory Walter Hogle has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hogle has filed a *pro se* response brief, but he fails to identify any nonfrivolous appellant issues. Our independent review of the briefs and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is **GRANTED;** counsel is ex-

---

cused from further responsibilities; and the appeal is **DISMISSED.** *See* 5TH CIR. R. 42.2.

***ANDERS MOTION GRANTED; APPEAL DISMISSED***